NUMBER
13-04-432-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

JUDITH GOLDBERG,                                                                       Appellant,

 

                                                             v.

 

SOUTHWESTERN BELL
YELLOW PAGES, INC.,                           Appellee.

___________________________________________________________________

 

                          On
appeal from County Court at Law No. 3

                                        of
Nueces County, Texas.

___________________________________________________________________

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 

Appellant, JUDITH GOLDBERG, perfected an appeal from a judgment entered by County Court at Law No. 3 of Nueces County, Texas,
in cause number 03-61131-3. 
No clerk=s record has been filed due to appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record.  








If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant was entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

On April
19, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b).  Appellant was given ten days to explain why
the cause should not be dismissed.  To
date, no response has been received from appellant. 

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record, 
this Court=s notice, and appellant=s failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 23rd
day of June, 2005.